IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3130 |
| | ) | |
| V. | ) | |
| | ) | |
| WESLEY HARDEN HAWKINS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The motion to reduce sentence pursuant to Rule 35(b) (filing no. 42) came on for hearing today. I granted the motion and reduced the defendant's period of supervised release from three years to two years, but did not otherwise modify the original judgment (filing no. 39). Accordingly,

IT IS ORDERED that the defendant's period of supervised release is reduced from three years to two years and filing no. 42 is granted to that extent.

DATED this 10th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge